*E-filed on* _____5/30/06_____

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RENE FRANCISCO RUIZ,<br><br>Petitioner,<br><br>v.<br><br>U.S. IMMIGRATION & NATURALIZATION SERVICE, and ATTORNEY GENERAL,<br><br>Respondents. | No. C-00-20685 RMW<br><br>ORDER TO SHOW CAUSE |

On May 26, 2000, Rene Ruiz filed a petition for a writ of habeas corpus. It does not appear that any defendant has ever been served. As six years have elapsed since the initial filing without any action having been taken to prosecute this action, Ruiz shall show cause by written declaration by July 3, 2006 why this action should not be dismissed for failure to prosecute. If good cause is not shown by the declaration, the case will be dismissed.

DATED: _____5/30/06_____

/s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Judge

ORDER TO SHOW CAUSE—No. C-00-20685 RMW
JAH

1  **A copy of this order was mailed on** _____ **to:**

2  **Counsel for Petitioner:**

3  Bart Klein
605 1st Ave
4  Ste 500
Seattle, WA 98104
5

**Counsel for Respondents:**
6
[none listed]
7

8  Counsel are responsible for distributing copies of this order to co-counsel, as necessary.