*E-filed on*  8/7/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RENE FRANCISCO RUIZ, | No. C-00-20685 RMW |
| Petitioner, | ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE |
| v. | |
| U.S. IMMIGRATION & NATURALIZATION SERVICE, and ATTORNEY GENERAL, | |
| Respondents. | |

On May 26, 2000, Rene Ruiz filed a petition for a writ of habeas corpus. The record does not indicate that he ever served a defendant. On May 30, 2006, the court ordered Ruiz to show cause by July 3, 2006 why this action should not be dismissed for failure to prosecute. No response was filed. The case is hereby dismissed for failure to prosecute. The clerk shall close the file.

DATED:  8/3/06

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE—No. C-00-20685 RMW
JAH

**United States District Court**
For the Northern District of California

1  **A copy of this order was mailed on _____ to:**

2  **Counsel for Petitioner:**

3  Bart Klein
605 1st Ave
4  Ste 500
Seattle, WA 98104
5
**Counsel for Respondents:**
6
[none listed]
7

8  Counsel are responsible for distributing copies of this order to co-counsel, as necessary.

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE—No. C-00-20685 RMW
JAH                                        2